IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRELL LAMAR WIGGINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-19-536-SLP |
| DELYNN FUDGE, et al., | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell, entered June 19, 2019 [Doc. No. 6]. Judge Purcell recommends that Plaintiff's application for leave to proceed in forma pauperis be denied and that this matter be dismissed without prejudice unless Plaintiff were to pay the full filing fee to the Clerk of Court. On July 22, 2019, the Clerk of Court received payment from Plaintiff of the full $400.00 filing fee.

Therefore, the Report and Recommendation [Doc. No. 6] is ADOPTED in its entirety, the Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is DENIED and this matter is re-referred to United States Magistrate Judge Gary M. Purcell for further proceedings in accordance with the original referral entered on June 11, 2019.

IT IS SO ORDERED this 23rd day of July, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE